IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| CESAR ANGEL SUYO APAZA,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, in his official capacity as Acting Director of Immigration & Customs Enforcement, et al.,<br><br>Respondents. | **ORDER DISMISSING PETITION**<br><br>Case No. 2:25-cv-1066<br><br>Judge Tena Campbell |

Before the court is a Stipulated Motion to Dismiss this petition. (ECF No. 22.) As noted in the parties' Joint Notice of Voluntary Dismissal, the Petitioner's claims are now moot. Accordingly, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for good cause shown, the court ORDERS as follows:

1. The Stipulated Motion to Dismiss (ECF No. 22) is GRANTED.

2. The petition is dismissed without prejudice.

3. Each party is to bear its own expenses, attorneys' fees, and costs.

DATED this 9th day of December, 2025.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge